PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANTE ANTHONY FORTUNATO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:23-cv-00119-JDP<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d); [PROPOSED] ORDER |

　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees in the amount $8,360.79 (EIGHT THOUSAND THREE HUNDRED SIXTY dollars and SEVENTY-NINE cents) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

　　　After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel, if any.  Pursuant to *Astrue v. Ratliff*,

560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor any assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

If the Court approves the stipulated amount(s) and the claimant has no federal debt, payment shall be delivered electronically or by mail to Olinsky Law Group.  This is to match the waiver and assignment signed by the claimant.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees or costs in connection with this action.

This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Date: July 2, 2024        /s/ *Stuart T. Barasch*
                          STUART T. BARASCH
                          (as authorized by email)
                          Attorney for Plaintiff

Date: July 2, 2024        PHILLIP A. TALBERT
                          United States Attorney
                          MATHEW W. PILE
                          Associate General Counsel
                          Social Security Administration

                   By:    */s/ James Ki*
                          JAMES KI
                          Special Assistant United States Attorney
                          Social Security Administration
                          Attorney for Defendant

EAJA Stip.; No. 1:23-cv-00119-JDP        2

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, **IT IS ORDERED** that fees in the amount of $8,360.79 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.  Plaintiff's motion for fees, ECF No. 25, is denied as moot.

IT IS SO ORDERED.

Dated:   July 8, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE